# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130434

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KEVIN CHANDLER,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130434
COA: 266918
Wayne CC: 88-010966

_____/

    On order of the Court, the application for leave to appeal the December 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

s0619